UNITED STATES DISTRICT COURT
Western District of Virginia, Roanoke Division
PETTY OFFENSE MINUTE SHEET
Magistrate Judge Robert S. Ballou

CRD certifying recording R. Mills, FTR        Date: 9/5/2012

Case # ____7:12PO319____        Time in Court: _1:09 - 1:18_

Defendant ___Winfred D. Huff, Jr.___ & _Edward C. Lee - 712PO318_        ☒ Sworn - _both_

Defense Counsel _____

☒ Waived orally _both_   ☐ CJA23 completed   ☐ Retained   ☐ CJA   ☐ FPD by oral order

AUSA _Kartic Padmanabhan_

☒ Initial Appearance/Arraignment – Defendant advised of charges, rights and nature of proceedings.

☒ Plea   ☒ Guilty   ☐ Not Guilty   ☐ Nolo Contendre

| Case Number(s): | 319 | 318 |
|---|---|---|
| Guilty | ✓ _fd gu_ | ✓ _fd gu_ |
| Not Guilty | | |
| Nolo | | |

☐ Motions
  ☐ to continue    ☐ Dft – notice executed, continued to _____    ☐ USA –continued to _____
  ☐ Dismiss by USA  ☐ granted  ☐ denied    ☐ Taken Under Advisement
  ☐ 18 USC 3607    ☐ granted  ☐ denied    ☐ Taken Under Advisement

☐ Detention   ☐ Order of Temporary Detention   ☐ Order of Detention Pending Trial

☐ Bond   ☐ PR  ☐ U  ☐ S  ☐ 3PC  ☐ Surety   ☐ Standard Conditions
                                              ☐ Special Conditions – See Comments

Trial date _____

Page | 1

- [ ] Bench Trial    [x] PA *gov't*    [x] GP/Sent *gov't*
  - [ ] Proffer    [x] Proffer    [x] Proffer
  - [ ] Evidence    [ ] Evidence    [ ] Statements
  - [ ] Exhibits    [ ] Exhibits

Officer *Lyon, BRP, Statements.*    [ ] Sworn

- [ ] Probation
- [ ] Imprisonment as condition of probation    [ ] weekends as directed by BOP    [ ] immediate confinement
- [ ] Restricted license
- [ ] VASAP
- [ ] Interlock Ignition
- [ ] Defendant advised of rights on appeal
- [ ] Restitution

| Case Number(s): | 319 | 318 |
|---|---|---|
| Total Special Assessment Imposed: | 10 | 10 |
| Total Fine Imposed: | 100 | 100 |
| Total Processing Fee Imposed: | | |
| Restitution Imposed: | | |
| Restitution Payable to: | | |
| TOTAL AMOUNT OWED: | $110 | $110 |

Payment Schedule   [ ] Today   [x] 30 days *both / except for driving.*   [ ]____ days   [ ] other

Comments: *both: 3 yr. ban from BRP. Dfts' Statements filed by gov't. Ct returns statements to dfts. without to filing.*

Page | 2